LEHIGH COAL & NAVIGATION
COMPANY

v.

COALDALE ENERGY, LLC and
Coaldale Energy, LP

James J. Curran

v.

Coaldale Energy, LLC and
Coaldale Energy, LP

Petition of Lehigh Coal &
Navigation Company.

Supreme Court of Pennsylvania.

July 29, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 29th day of July, 2008, Emergency Petition for Review of Grant of Stay is **DENIED.**